**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA, | Case No. CV 21-3491 PA (KSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| LAUREL REAL INVESTMENTS; DOES 1 TO 10, | |
| Defendants. | |

In accordance with the Court's September 15, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: September 15, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE